**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven Bailey and Jacqueline Moen,

Plaintiffs,

vs.

CSC Credit Services, Inc.,

Defendants.

---

Civil No. 00-1755 (DDA/FLN)

**ORDER MODIFYING PRETRIAL SCHEDULE**

This matter came before the Court on the parties' joint motion for an order modifying the Pretrial Schedule dated September 20, 2000. Based on the parties' motion, the files, records, and proceedings, and the Court's finding that good cause exists under LR 16.3,

IT IS HEREBY ORDERED that the paragraph 1.b. of the Pretrial Schedule is modified to provide that all discovery in this action shall be commenced in time to be completed by April 2, 2001. All other provisions of the Pretrial Schedule shall remain in full force and effect.

SO ORDERED.

Dated: February 12, 2001

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE

M2:20365299.01

FILED 2-12-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____