**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven Bailey and Jacqueline Moen,

Plaintiffs,

vs.

CSC Credit Services, Inc.,

Defendant.

---

Civil No. 00-1755 (DDA/FLN)

**ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the plaintiffs and defendant CSC Credit Services, Inc. ("CSC"), to an order dismissing all of the plaintiffs' claims against CSC in this case with prejudice and on the merits. Based on the stipulation between the plaintiffs and CSC, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiffs' claims against CSC Credit Services, Inc. are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiffs and CSC shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: May 23, 2001

DONALD D. ALSOP
UNITED STATES DISTRICT JUDGE

M2:20380491.01

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Bailey and Jacqueline Moen,

Plaintiffs,

vs.

CSC Credit Services, Inc.,

Defendant.

Civil No. 00-1755 (DDA/FLN)

**STIPULATION OF DISMISSAL**

The plaintiffs and CSC Credit Services, Inc. ("CSC"), by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against CSC may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 5/17/01, 2001

SOUCIE, BUCHMAN & BOLT, LTD.

Todd E. Gadtke
100 Anoka Office Center
2150 Third Avenue North
Anoka, MN 55303

Attorneys for Plaintiffs

Dated: 5/22, 2001

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant
CSC Credit Services, Inc

~~EXHIBIT A~~

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK